IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTHA DUARTE,

Petitioner,

v.

MT. SINAI MEDICAL CENTER/
OPTACOMP,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2607

Opinion filed September 24, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

William F. Souza of the Law Offices of William F. Souza, North Miami Beach, for
Petitioner.

Michele E. Ready of Walton Lantaff Schroeder & Carson LLP, Miami, for
Respondent.

PER CURIAM.

    DENIED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.